Curtis Dale **RICHARDSON,**
Plaintiff–Appellant,

v.

Paula **THOMAS,** Judge; Rodney Peeples, Judge; Charles Condon, Attorney General; Jim Hodges, Governor; Willie Eagleton, Warden; Gary Maynard, Director; Harry McDowell, Magistrate; Gregory Hembre, Solicitor; George Debusk, Assistant Solicitor; James Harris, Loris Police Department; Officer Page, Loris Police Department; Thomas W. Floyd; Jack Flom; State of South Carolina; Loris, South Carolina Police Department; Horry County, South Carolina; Marshall Russell, Chief, Loris Police Department; Mayor, Loris, South Carolina, Defendants–Appellees.

No. 02–7099.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Curtis Dale Richardson, Appellant Pro Se.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Curtis Dale Richardson seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2000), claim against all but two Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).

The order Richardson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*